# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

## CIVIL MINUTES

Case No 3:17CV116-M-P    Held: OXFORD / TELEPHONIC
Style: LOTT    V.    MARSHALL
Date/Time Began 01/24/18 at 10:00 a.m.   Date/Time Ended: 01/24/18 at 10:15 a.m

Total Time _____15 min._____

PRESENT: Honorable **ROY PERCY, MAGISTRATE JUDGE**

____Willie Sue Miller____
Deputy Clerk                             Court Reporter

Attorneys for Plaintiff(s)        Attorneys for Defendant(s):

Todd Jeffreys                     Mary McKay Lasker

PROCEEDINGS: Telephonic Status Conference
Held ___X___ Not Held_____ Canceled _____ Reset _____

Docket Entry:

Conference held.

DAVID CREWS, CLERK

/s/ Willie Sue Miller
By:_____
Courtroom Clerk