IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| VICKI TERESA LOTT, as natural mother and Guardian of James Lee Lott Harris, a Minor, the Wrongful Death Beneficiary of James Edward Harris, Deceased | PLAINTIFF |
| VS. | CIVIL ACTION NO.:3:17-CV-116-MPM-RP |
| MARSHALL COUNTY, MISSISSIPPI; SHERIFF KENNY DICKERSON, in His Individual and Official Capacity as Sheriff of Marshall County, Mississippi Sheriff's Department; and JOHN and JANE DOES 1-10, Individually and in their Official Capacity as Deputy Sheriffs and/or Jailors and/or Officers and/or Nurses of Marshall County Sheriff's Department and/or Marshall County Correctional Facility | DEFENDANTS |

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff has made a *ore tenus* request for this action to be dismissed without prejudice. The Defendants, through counsel, herein agree that this matter may be dismissed without prejudice.

This Court therefore orders that this matter is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** on this the 5th day of February, 2018.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**

**AGREED:**

/s/ S. Todd Jeffreys
**S. Todd Jeffreys (MSB#100042)**
Counsel for Plaintiff, Vicki Teresa Lott

/s/ Mary McKay Lasker
**Mary McKay Lasker (MSB#100785)**
Counsel for Defendants, Marshall County, MS;
Sheriff Kenny Dickerson in His Individual
and Official Capacity as Sheriff
of Marshall County, Mississippi Sheriff's Department